No. 308.   BENTON ET AL. *v.* McCARTHY ET AL., *ante,* p. 870;

No. 330.   MADDOX *v.* DISTRICT SUPPLY, INC., ET AL., *ante,* p. 872; and

No. 329, Misc.   CORBIN *v.* BANMILLER, WARDEN, *ante,* p. 868.   Petitions for rehearing denied.

No. 256.   DI SILVESTRO *v.* UNITED STATES, *ante,* p. 825. Motion for leave to file a second petition for rehearing denied.

DECEMBER 12, 1960.

No. 561.   BUSHNELL *v.* ELLIS, CORRECTIONS DIRECTOR. It is ordered that *Percy Don Williams, Esquire,* of Houston, Texas, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 486.   GORI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari granted limited to the question of double jeopardy presented by the petition. *Jerome Lewis, Milton C. Weisman* and *Harry I. Rand* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 492.   CIVIL AERONAUTICS BOARD *v.* DELTA AIR LINES, INC.   C. A. 2d Cir.   Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Bicks, Richard A. Solomon, Irwin A. Seibel, Franklin M. Stone* and *O. D. Ozment* for petitioner. *James W. Callison* and *Robert Reed Gray* for respondent.